This objection was overruled and a bill of exceptions taken.

We find it noted by the Judge, in the bill of exceptions, that the evidence was admitted on the ground that the plaintiffs in the rule had introduced the bond in evidence, and regarding it as part of the record, it was allowed to be read on the trial of the rule. We think the objection was properly overruled. 11 An. 23. 8 An. 490. 12 An. 688. 13 An. 298. 14 An. 783.

It is therefore ordered, adjudged and decreed, that the judgment of the District Court be affirmed, the appellants to pay the costs of this appeal.

THE STATE v. JOHN E. BARKER AND JOHN HERRON.

TALIAFERRO, J. In this case, for the reasons assigned in the opinion of the Court, in the case of the State v. Joseph C. Gordon, it is ordered, adjudged and decreed, that the judgment of the District Court be affirmed, the appellant paying the costs of this appeal.

THE STATE v. JAMES R. JOHNSON.

TALIAFERRO, J. In this case, for the reasons assigned in the opinion of the Court, in the case of the State v. Joseph C. Gordon, it is ordered, adjudged and decreed, that the judgment of the District Court be affirmed, the appellant paying the costs of this appeal.

JAMES B. MELSON v. WILLIAM SANDEL.—ON MOTION TO DISMISS.

A motion to dismiss an appeal, which is prematurely filed, will be overruled.

APPEAL from the District Court, Parish of Morehouse, Crawford, J.

LABAUVE, J. The plaintiff and appellee has filed a motion to dismiss this appeal, on the grounds:

1. There was no testimony taken down by the clerk on trial of this case